**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | El Dorado Senior Care, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  Oak Hill Senior Care<br>DBA  Oak Creek Senior Care<br>DBA  Oak Grove Senior Care<br>DBA  Oakridge Senior Care<br>DBA  Oak Haven Senior Care<br>DBA  El Dorado Senior Care |
| 3. | Debtor's federal Employer Identification Number (EIN) | 68-0470295 |
| 4. | Debtor's address | **Principal place of business**<br>2920 Tam O'Shanter Drive<br>El Dorado Hills, CA 95762<br>Number, Street, City, State & ZIP Code<br><br>El Dorado<br>County | **Mailing address, if different from principal place of business**<br>3941 Park Drive, Suite 20331<br>El Dorado Hills, CA 95762<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.eldoradoseniorcare.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor **El Dorado Senior Care, LLC**     Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __6233__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **El Dorado Senior Care, LLC**            Case number (*if known*) _____
       Name

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | _____ | Relationship | _____ |
    |---|---|---|---|
    | District | _____ When _____ | Case number, if known | _____ |

11. Why is the case filed in *this district?*

    Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

    ■ No
    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    **Where is the property?** _____
           Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.    Insurance agency _____
               Contact name _____
               Phone _____

■ **Statistical and administrative information**

13. Debtor's estimation of available funds

    Check one:

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. Estimated number of creditors

    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999

    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000

    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. Estimated Assets

    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million

    ■ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million

    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. Estimated liabilities

    ☐ $0 - $50,000

    ■ $1,000,001 - $10 million

    ☐ $500,000,001 - $1 billion

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor　**El Dorado Senior Care, LLC**　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor　　El Dorado Senior Care, LLC　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**May 20, 2024**
　　　　　　　MM / DD / YYYY

X _/s/ Benjamin L. Foulk_　　　　　　　　　　**Benjamin L. Foulk**
Signature of authorized representative of debtor　　Printed name

Title　**Owner/Manager**

**18. Signature of attorney**　　X　_/s/ D. Edward Hays_　　　　　　　　　　Date　**May 20, 2024**
　　　　　　　　　　　　　　　　Signature of attorney for debtor　　　　　　　　　　　MM / DD / YYYY

**D. Edward Hays**
Printed name

**MARSHACK HAYS WOOD LLP**
Firm name

**870 Roosevelt**
**Irvine, CA 92620-3663**
Number, Street, City, State & ZIP Code

Contact phone　**(949) 333-7777**　　Email address　**ehays@marshackhays.com**

**#162507 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | El Dorado Senior Care, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alfiya B. Foulk<br>3941 Park Dr., Suite 20331<br>El Dorado Hills, CA 95762 | | Current Employee | | | | $0.00 |
| Alicia M. Bishop<br>3266 Cimmarron Road, Unit  27<br>Cameron, CA 95682 | | Current Employee | | | | $0.00 |
| Amanda K. Wright<br>104 Big Valley Court<br>Newman, CA 95360 | | Current Employee | | | | $0.00 |
| Amanda L. Hinch<br>3890 Yellowstone Lane<br>El Dorado Hills, CA 95762 | | Current Employee | | | | $0.00 |
| Ann D. Whited, CPA<br>6629 Golfcrest Drive<br>San Diego, CA 92119 | | | | | | $12,577.25 |
| Ardena P. Magdamo<br>2227 Northrop Ave., #5<br>Sacramento, CA 95825 | | Current Employee | | | | $0.00 |
| Benjamin L. Foulk<br>3941 Park Drive, Suite 20331<br>El Dorado Hills, CA 95762 | | As of 5/10/24, unpaid salary to insider for the first part of 2024 - Current Employee | | | | $21,250.00 |
| BMO Bank, N.A.<br>P.O. Box 6201<br>Carol Stream, IL 60197-6201 | | BMO Installment Loan - 6 houses under 1 loan. | | | | $18,259.91 |

Debtor **El Dorado Senior Care, LLC**        Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ClassicPlan Premium Financing Inc**<br>**P.O. Box 5146**<br>**Chino, CA 91708** | | | | | | $14,312.34 |
| **ClassicPlan Premium Financing Inc**<br>**P.O. Box 5146**<br>**Chino, CA 91708** | | **Insurance Premium Loan Payment** | | | | $45,624.96 |
| **ClassicPlan Premium Financing Inc**<br>**P.O. Box 5146**<br>**Chino, CA 91708** | | **Liability Insurance** | | | | $42,567.00 |
| **ClassicPlan Premium Financing Inc**<br>**P.O. Box 5146**<br>**Chino, CA 91708** | | **Fire Insurance** | | | | $9,221.00 |
| **Dan Near**<br>**Law Office of Daniel Alan Near**<br>**6611 Folsom-Auburn Road, Suite B**<br>**Folsom, CA 95630** | | **Outstanding invoice re: Medina/Silay v. EDSC** | | | | $31,339.46 |
| **El Dorado Irrigation District**<br>**2890 Mosquito Road**<br>**Placerville, CA 95667** | | | | | | $3,000.00 |
| **El Dorado Senior Care, LLC**<br>**3941 Park Dr., Suite 20331**<br>**El Dorado Hills, CA 95762** | | **Grant Deed - APN #125-040-006-000 Recorded 2024-0009793** | | | | $0.00 |
| **Gina Foulk c/o Jeffrey H. Ochrach**<br>**Ochrach Law Group**<br>**Rocklin Professional Building**<br>**5701 Lonetree Blvd., Suite 213**<br>**Rocklin, CA 95765** | | **Judgment entered against Benjamin Foulk** | | | | $2,367,750.00 |
| **PG&E**<br>**P.O. Box 997300**<br>**Sacramento, CA 95899** | | **Utility bill** | | | | $17,080.30 |

Debtor **El Dorado Senior Care, LLC**     Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Precila Caparas c/o Dept. of Industrial Relations Labor Commissioner's Office 2031 Howe Ave., Suite 100 Sacramento, CA 95825** | | **Wage Claim** | **Disputed** | | | **$100,582.62** |
| **State of California Franchise Tax Board P.O. Box 942857 Sacramento, CA 94257-0511** | | **LLC assessment for Tax Year Ending 12/31/2022** | | | | **$8,308.42** |
| **Verlance, Inc. 43525 Ridge Park Drive, Suite 300 Temecula, CA 92590** | | **Collection agency on behalf of Midwest Insurance Company** | | | | **$35,567.00** |

# Declaration of Ben Foulk

I, BEN FOULK, declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. I am the owner and manager of El Dorado Senior Care, LLC ("El Dorado").

4. I make this declaration pursuant to 11 U.S.C. § 1116(1)(B).

5. No cash flow statement has been prepared for El Dorado.

6. I have provided the most recent available balance sheet, profit-and-loss statement, and federal tax return for El Dorado.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May ___, 2024.

*/s/ Ben Foulk*
BEN FOULK

# RESOLUTION OF EL DORADO SENIOR CARE, LLC

The managing member ("Managing Member") of El Dorado Senior Care, LLC organized under the laws of the State of California ("EDSC"), after a duly noticed and held meeting, hereby consents, adopts, and approves the following resolutions:

**IT IS RESOLVED** that Benjamin L. Foulk, EDSC's Owner and Manager be, and hereby is, authorized to determine, based upon the LLC's financial circumstances as of the date hereof, any subsequent events, and advice of counsel, whether it is desirable and in the best interests of EDSC, its participants, its creditors, and other interested parties, that a voluntary petition ("Petition") be filed by EDSC under the provisions of chapter 11 of the Bankruptcy Code. If appropriate, the Petition may be filed under subchapter V of chapter 11.

**IT IS FURTHER RESOLVED** that, if the Owner and Manager determines that a Petition should be filed, then such Petition shall be filed as submitted by the Owner and Manager and the same hereby is approved and adopted in all respects, and the Owner and Manager is hereby authorized and directed, on behalf of and in the name of EDSC, to execute and verify such Petition and to cause the same to be filed with the United States Bankruptcy Court for Eastern District of California.

**IT IS FURTHER RESOLVED** that the Owner and Manager be, and hereby is, authorized to execute and file all petitions, schedules, and lists which s/he may deem necessary and proper in connection with such bankruptcy proceedings under said subchapter V of chapter 11 and in that regard to retain and employ assistance by legal counsel, other professionals, or such individuals as s/he may deem necessary and proper with a view to the successful conclusion of such bankruptcy proceedings.

**IT IS FURTHER RESOLVED** that Marshack Hays Wood LLP be, and hereby is, retained as attorneys for EDSC. Marshack Hays Wood LLP may take such actions as are directed by the Owner and Manager, including but not limited to, the filing of a subchapter V of chapter 11 bankruptcy petition under Title 11 of the United States Code of the prosecution of such a case to its conclusion.

Dated: May __, 2024

By: _____
Its: Managing Member

# El Dorado Senior Care LLC

## Balance Sheet Summary
### As of December 31, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | 61,551.40 |
|     Accounts Receivable | 0.00 |
|     Other Current Assets | 168,142.21 |
|   **Total Current Assets** | **$229,693.61** |
|   Fixed Assets | 826,824.29 |
|   Other Assets | 2,363,853.29 |
| **TOTAL ASSETS** | **$3,420,371.19** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|       Credit Cards | 0.00 |
|       Other Current Liabilities | 0.00 |
|        | 86,110.98 |
|     **Total Current Liabilities** | **$86,110.98** |
|     Long-Term Liabilities | 3,041,451.84 |
|   **Total Liabilities** | **$3,127,562.82** |
|   Equity | 292,808.37 |
| **TOTAL LIABILITIES AND EQUITY** | **$3,420,371.19** |

# El Dorado Senior Care LLC

## Balance Sheet Summary

As of May 10, 2024

| | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | 46,812.98 |
|     Accounts Receivable | 0.00 |
|     Other Current Assets | 168,142.21 |
|   **Total Current Assets** | **$214,955.19** |
|   Fixed Assets | 826,824.29 |
|   Other Assets | 2,363,853.29 |
| **TOTAL ASSETS** | **$3,405,632.77** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | 0.00 |
|       Credit Cards | 0.00 |
|       Other Current Liabilities | 86,110.98 |
|     **Total Current Liabilities** | **$86,110.98** |
|     Long-Term Liabilities | 2,963,300.84 |
|   **Total Liabilities** | **$3,049,411.82** |
|   Equity | 356,220.95 |
| **TOTAL LIABILITIES AND EQUITY** | **$3,405,632.77** |

# El Dorado Senior Care LLC
## Profit and Loss
### 2024 Projection

|  | Total |
|---|---:|
| **Income** | |
| Miscellaneous Income | 908 |
| Sundries | 5,427 |
| **Total Miscellaneous Income** | **6,334** |
| Room and Board Income | 1,848,564 |
| **Total Income** | **1,854,898** |
| **Cost of Goods Sold** | |
| Food | 50,343 |
| Medical & Lab Costs | 1,303 |
| Services Expense | 10 |
| Services-Direct | 505 |
| Supply Costs | 16,262 |
| **Total Cost of Goods Sold** | **68,424** |
| **Gross Profit** | **1,786,474** |
| **Expenses** | |
| Advertising/Promotional | 1,475 |
| Auto & Van | 2,583 |
| Facilities | |
| Equipment Rental | 666 |
| Maint-Bldg & Landscaping | 26,390 |
| Telephone | 12,302 |
| Television | 30,003 |
| Utils-PG&E | 67,865 |
| Utils-Refuse | 7,940 |
| Utils-Water&Sewer | 19,999 |
| **Total Facilities** | **165,164** |
| Maint-Bldg & Landscapingn | 52,010 |
| Operating Exp | |
| Activities Supplies | 2,863 |
| Adv-Referral Fees | 21,794 |
| Advertising | 12,477 |
| Auto & Van | 17,754 |
| Bank Service Charges | 179 |
| Dues and Subscriptions | 462 |
| Education | 3,244 |
| Insurance | 37,711 |
| Insurance - General | 3,811 |
| Insurance -Health | 314 |
| Liability Insurance | 14,598 |
| Work Comp | 10,066 |

# El Dorado Senior Care LLC
## Profit and Loss
### 2024 Projection

| | |
|---|---:|
| **Total Insurance** | **66,500** |
| Maintenance | 2,689 |
| Managment Fee | 138,000 |
| Mortgage Principle and Interest | 219,180 |
| Miscellaneous | 26 |
| Postage and Delivery | 373 |
| Printing and Reproduction | 1,330 |
| Professional Development | 420 |
| Professional Fees | |
|   Accounting | 10,000 |
|   Consulting | 28,000 |
|   Legal Fees | 16,565 |
| **Total Professional Fees** | **54,565** |
| Reference Materials | 54 |
| Repair & Maintenance | 343 |
| Supplies-Office | 10,375 |
| Travel & Ent | |
|   Meals | 54 |
|   Resident - Entertainment | 50 |
| **Total Travel & Ent** | **103** |
| **Total Operating Exp** | **552,731** |
| Payroll | 543,175 |
|   Contract Labor | 122,023 |
|     Outside Services | 8,057 |
| **Total Contract Labor** | **130,079** |
| Payroll Processing | 12,758 |
| Payroll Tax Expense | 143,586 |
| Wages | 80,967 |
| **Total Payroll** | **910,565** |
| Purchases | 2,927 |
| Refunds | 28,705 |
| Taxes | 9,671 |
|   Licenses and Permits | 12,502 |
|   Property Tax | 26,002 |
| **Total Taxes** | **48,175** |
| Uncategorized Expense | 528 |
| **Total Expenses** | **1,764,864** |
| **Net Operating Income** | **21,610** |
| Other Income | |
|   Interest Income | 19 |

# El Dorado Senior Care LLC
## Profit and Loss
### 2024 Projection

| | |
|---|---:|
| Total Other Income | 19 |
| Other Expenses | |
|   Loan Interest | 20,000 |
|   Other Expenses | 615 |
| Total Other Expenses | 20,615 |
| Net Other Income | -20,596 |
| | |
| Net Income | 1,014 |

# El Dorado Senior Care LLC
## Profit and Loss
### January - December 2023

|  | Total |
|---|---:|
| **Income** | |
|   Community fee | 685.00 |
|   Miscellaneous Income | 907.75 |
|     Sundries | 5,426.64 |
|   Total Miscellaneous Income | $ 6,334.39 |
|   Room and Board Income | 1,843,903.51 |
|   Unapplied Cash Payment Income | 3,975.00 |
| **Total Income** | **$ 1,854,897.90** |
| **Cost of Goods Sold** | |
|   Food | 50,343.49 |
|   Medical & Lab Costs | 1,303.26 |
|   Services Expense | 10.00 |
|   Services-Direct | 505.00 |
|   Supply Costs | 16,262.47 |
| **Total Cost of Goods Sold** | **$ 68,424.22** |
| **Gross Profit** | **$ 1,786,473.68** |
| **Expenses** | |
|   Advertising/Promotional | 1,474.99 |
|   Auto & Van | 2,583.13 |
|   Facilities | |
|     Equipment Rental | 665.80 |
|     Maint-Bldg & Landscaping | 26,389.72 |
|     Telephone | 12,302.10 |
|     Television | 30,002.59 |
|     Utils-PG&E | 67,864.80 |
|     Utils-Refuse | 7,940.10 |
|     Utils-Water&Sewer | 19,999.07 |
|   **Total Facilities** | **$ 165,164.18** |
|   Maint-Bldg & Landscapingn | 52,009.86 |
|   Operating Exp | |
|     Activities Supplies | 2,863.22 |
|     Adv-Referral Fees | 21,793.85 |
|     Advertising | 12,476.56 |
|     Auto & Van | 17,753.70 |
|     Bank Service Charges | 179.28 |
|     Dues and Subscriptions | 461.64 |
|     Education | 3,244.40 |
|     Insurance | 37,710.76 |
|       Insurance - General | 3,811.20 |

| | | |
|---|---:|---:|
| Insurance -Health | | 314.18 |
| Liability Insurance | | 14,597.95 |
| Work Comp | | 10,066.31 |
| **Total Insurance** | $ | **66,500.40** |
| Maintenance | | 2,689.34 |
| Miscellaneous | | 26.38 |
| Postage and Delivery | | 372.81 |
| Printing and Reproduction | | 1,329.60 |
| Professional Development | | 420.00 |
| Professional Fees | | |
|   Accounting | | 10,000.00 |
|   Consulting | | 28,000.00 |
|   Legal Fees | | 16,565.00 |
| **Total Professional Fees** | $ | **54,565.00** |
| Reference Materials | | 53.60 |
| Repair & Maintenance | | 343.23 |
| Supplies-Office | | 10,374.98 |
| Travel & Ent | | |
|   Meals | | 53.53 |
|   Resident - Entertainment | | 49.96 |
| **Total Travel & Ent** | $ | **103.49** |
| **Total Operating Exp** | $ | **195,551.48** |
| Payroll | | 543,174.77 |
|   Contract Labor | | 122,022.57 |
|   Outside Services | | 8,056.89 |
| **Total Contract Labor** | $ | **130,079.46** |
| Payroll Processing | | 12,757.77 |
| Payroll Tax Expense | | 143,585.89 |
| Wages | | 80,966.88 |
| **Total Payroll** | $ | **910,564.77** |
| Purchases | | 2,927.22 |
| Refunds | | 28,705.16 |
| Taxes | | 9,671.10 |
|   Licenses and Permits | | 12,501.75 |
|   Property Tax | | 26,001.96 |
| **Total Taxes** | $ | **48,174.81** |
| Uncategorized Expense | | 528.00 |
| **Total Expenses** | $ | **1,407,683.60** |
| **Net Operating Income** | $ | **378,790.08** |
| Other Income | | |
|   Interest Income | | 18.97 |
| **Total Other Income** | $ | **18.97** |
| Other Expenses | | |

|  |  |  |
|---|---|---|
| Loan Interest |  | 20,000.03 |
| Other Expenses |  | 614.99 |
| Total Other Expenses | $ | 20,615.02 |
| Net Other Income | -$ | 20,596.05 |
| Net Income | $ | 358,194.03 |

Expenses not on P&L

| Ben Wages (IF TAKEN) | $ | 138,000.00 |
|---|---|---|
| Mortgage  P & I | $ | 219,180.00 |

| Adjusted Net Income | $ | 1,014.03 |
|---|---|---|